UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Sean Lamar Sanders            Docket No. 5:97-CR-149-1BR

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Sean Lamar Sanders, who, upon an earlier plea of guilty to Conspiracy to Distribute Cocaine and Cocaine Base, 21 U.S.C. §§ 846 and 841, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on January 13, 1998, to the custody of the Bureau of Prisons for a term of 328 months. On April 16, 1999, pursuant to a Rule 35 Motion, the defendant's term of imprisonment was reduced from 328 months to 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

Sean Lamar Sanders was released from custody on September 3, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 19, 2015, the defendant tested positive for cocaine. This is the first time the defendant has tested positive for any illegal substance. The probation office is recommending that he be placed back in the Surprise Urinalysis Program (SUP) and evaluated for substance abuse treatment. Additionally, on March 15, 2015, the defendant was charged in Wake County, North Carolina with No Operators License. This charge remains pending and is scheduled for court on April 21, 2015. As a result of this new driving charge, the probation office is recommending that he complete 12 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

**Sean Lamar Sanders**
**Docket No. 5:97-CR-149-1BR**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
Senior U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: April 1, 2015

### ORDER OF THE COURT

Considered and ordered this ___1___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge